

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00278-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Dulce Milagro **HERNANDEZ**, Individually and as Next Friend of Adalberto Hernandez,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-02-30780-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order on appellant's plea to the jurisdiction is set aside without regards to the merits and this case is remanded to the trial court for rendition of judgment in accordance with the parties' agreements.

We order the costs of this appeal taxed against appellant City of Eagle Pass.

SIGNED September 7, 2016.

_____
Luz Elena D. Chapa, Justice